UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTICT OF CALIFORNIA

| | |
|---|---|
| DA, BA, JA, minors acting by and through Guardian ad Litem,<br><br>Plaintiffs,<br>vs.<br>OROVILLE HOSPITAL, BI-COUNTY AMBULANCE, and DOES 1 through 25, inclusive,<br>DEFENDANTS. | Case No.: 2:17-cv-00337-MCE-CMK<br><br>ORDER ON STIPULATED REQUEST TO CONTINUE SCHEDULING ORDER DEADLINES DUE TO POTENTIAL RELATED CASE |

The Court, having reviewed and considered the parties' stipulated request in this matter to vacate or stay the existing scheduling order in light of the filing of a potentially related matter, and finding good cause, GRANTS the stipulated request.

The deadlines in the Court's scheduling order in this matter are hereby stayed until further notice.

Having represented that this case should be related to another pending action entitled Estate of Leslie of Leslie Cramblit, et al., v. Jonnyrae Mountain Witt, et al., Case No. 2:17-cv-02478-KJM-DB, Plaintiff is directed to file forthwith a Notice of Related Cases pursuant to Eastern District Local Rule 123. Provided the cases are related, Plaintiff shall file any subsequent motion to coordinate and/or consolidate the two proceedings not later than February 15, 2018.

The Court will schedule a status conference as needed following adjudication of the anticipated motion to consolidate.

IT IS SO ORDERED.

Dated: February 6, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE