UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTICT OF CALIFORNIA

| | |
|---|---|
| DA, BA, JA, minors acting by and through Guardian ad Litem,<br><br>Plaintiffs,<br>vs.<br>OROVILLE HOSPITAL, BI-COUNTY AMBULANCE, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00337-MCE-CMK<br><br>ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANT BI-COUNTY AMBULANCE ONLY |

Pursuant to a Stipulation for Dismissal filed by the parties, the Court dismisses the claims by Plaintiffs against Defendant Bi-County Ambulance in this matter with prejudice. Plaintiffs and Bi-County Ambulance are to bear their own costs and fees with respect to one another. The matter remains pending against the other named Defendants.

IT IS SO ORDERED.

Dated: February 26, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE