Joshua H. Watson, SBN 238058
CLAYEO C. ARNOLD, APC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiffs
*DA, BA, JA, minors suing*
*under pseudonym by and*
*through Guardian ad Litem*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTICT OF CALIFORNIA

| | |
|---|---|
| DA, BA, JA, minors acting by and through Guardian ad Litem,<br><br>Plaintiffs,<br><br>vs.<br><br>OROVILLE HOSPITAL, BI-COUNTY AMBULANCE, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-00337-MCE-CMK<br><br>ORDER ON APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM AND LEAVE TO NAME MINOR PLAINTIFFS SUBJECT TO RISK OF VIOLENCE VIA INITIALS |

The Court, having considered Plaintiffs' Application to appoint Guardian ad Litem and to permit Plaintiffs to be named via their initials, and finding sufficient good cause to so-exercise its discretion the orders as follows:

The Court GRANTS the request to appoint Krysten Meyer as Guardian ad Litem for the three minor plaintiffs in this matter.

The Court GRANTS the request to name the minor plaintiffs by their initials in this matter. However, Plaintiffs are directed to serve OROVILLE HOSPITAL and BI-COUNTY AMBULANCE with an attachment to the Complaint identifying each minor plaintiff by his or her full name in order to provide full notice to the named parties, and a copy of this Order. Plaintiffs are directed to lodge the name of each plaintiff with the Court.

With respect to any defendants subsequently added to the litigation, Plaintiffs are directed to either serve such defendants with an attachment identifying each minor plaintiff by his or her full name or file an appropriate motion with the Court requesting leave for and proposing an alternative method of providing such defendants with sufficient due process.

IT IS SO ORDERED.

DATED: April 3, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE