Joshua H. Watson, SBN 238058
CLAYEO C. ARNOLD, APC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiffs, *DA, BA, JA, minors suing under pseudonym by and through Guardian ad Litem*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTICT OF CALIFORNIA

| | |
|---|---|
| DA, BA, JA, minors acting by and through Guardian ad Litem,<br><br>Plaintiffs,<br><br>vs.<br><br>OROVILLE HOSPITAL, et al,<br><br>Defendants. | Case No.: 2:17-cv-00337-MCE-DMC<br><br>ORDER ON STIPULATED REQUEST BY COUNSEL TO EXTEND DEADLINE FOR RULE 26(f) CONFERENCE TO MARCH 29, 2019 |

The Court, having considered the STIPULATED REQUEST BY COUNSEL TO EXTEND DEADLINE FOR RULE 26(f) CONFERENCE TO MARCH 29, 2019 submitted by Plaintiffs and Defendant OROVILLE HOSPITAL, and finding sufficient good cause to so-exercise its discretion, orders as follows:

The Court GRANTS request for stipulated relief. Specifically:

1. By the currently-set deadline to serve all defendants (March 6, 2019), Plaintiffs shall request default of any Defendants who have not either filed responsive pleadings or been dismissed;

2. The deadline to complete the Rule 26(f) Conference in this matter is extended until March 29, 2019;

3. A copy of this ORDER shall be served by counsel for Plaintiffs by mail on all Defendants within 2 business days of the Order being issued.

IT IS SO ORDERED.

Dated: February 5, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE