UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DA, BA, JA, minors acting by and through Guardian ad Litem,<br><br>Plaintiffs,<br>vs.<br>OROVILLE HOSPITAL, et al,<br><br>DEFENDANTS. | Case No.:  2:17-cv-00337-MCE-CMK<br><br>ORDER ON PLAINTIFFS' REQUEST PURSUANT TO LOCAL RULE 202(d) FOR GUARDIAN AD LITEM TO APPEAR BY VIDEO CONFERENCE OR PHONE AT HEARING ON MOTION TO APPROVE MINORS' COMPROMISE OR IN THE ALTERNATIVE TO CONTINUE SUMMARY JUDGMENT AND TRIAL<br><br>Date:         August 6, 2020<br>Time:         2 PM<br>Courtroom:  7, 14th Floor<br>Judge:        Hon. Morrison C. England, Jr. |

The Court, having received and reviewed the request to allow Plaintiff's Guardian ad Litem to appear by video or conference call as instructed by the Court via the Court Clerk or Deputy at the August 6, 2020 hearing on PLAINTIFFS' MOTION TO APPROVE MINORS' COMPROMISE OR IN THE ALTERNATIVE TO CONTINUE SUMMARY JUDGMENT AND TRIAL, good cause and orders as follows:

The request is GRANTED.

IT IS SO ORDERED.

Dated:  August 3, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE