UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DA, BA, JA, minors acting by and through Guardian ad Litem,<br><br>Plaintiffs,<br>vs.<br>OROVILLE HOSPITAL, et al,<br><br>DEFENDANTS. | Case No.: 2:17-cv-00337-MCE-CMK<br><br>ORDER ON PLAINTIFFS' MOTION TO APPROVE MINORS' COMPROMISE OR IN THE ALTERNATIVE TO CONTINUE SUMMARY JUDGMENT AND TRIAL<br><br>Date:      August 6, 2020<br>Time:      2 PM<br>Courtroom: 7, 14th Floor<br>Judge:     Hon. Morrison C. England, Jr. |

1  The Court, having received and reviewed the moving papers in PLAINTIFFS' MOTION TO APPROVE MINORS' COMPROMISE OR IN THE ALTERNATIVE TO CONTINUE SUMMARY JUDGMENT AND TRIAL, having held a hearing on the matter on August 6, 2020 in which counsel of record and Krysten Meyer, the Guardian ad Litem for the Minor Plaintiffs, participated, having examined Ms. Meyer time of the hearing, and good cause appearing,

Plaintiff's Motion (ECF No. 44) is hereby GRANTED.

Defendants Oroville Hospital, Bi-County Ambulance, Michael Chill, Gina Chill, Wesley Chill, Coleen Chill, and Kenneth Chill are dismissed with prejudice, each party to bear its own fees and costs pursuant to agreement among the parties.

Plaintiffs are directed to commence default prove up proceedings as to the sole remaining defendant, Jonnyrae Mountain Witt, not later than sixty (60) days following the date this Order is electronically filed.

IT IS SO ORDERED.

Dated: August 21, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE