# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., et al., | No. 2:17-CV-0337-MCE-DMC |
| Plaintiffs, | |
| v. | ORDER |
| JONNYRAE MOUNTAIN WITT, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Due the continued closure of the courthouses in the Eastern District of California to the public, the parties shall appear at hearing on Plaintiffs' motion for default judgment, set before the undersigned on June 2, 2021, at 10:00 a.m., by telephone. The parties shall arrange their appearances through CourtCall.

IT IS SO ORDERED.

Dated: May 27, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1