IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JONNYRAE MOUNTAIN WITT,<br><br>　　　　Defendant. | No. 2:17-cv-00337-MCE-DMC<br><br>**<u>ORDER</u>** |

　　　　Plaintiffs, who are proceeding with retained counsel, bring this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On July 2, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.    The findings and recommendations filed July 2, 2021, are **ADOPTED** in full;

4      2.    Plaintiffs' motion for default judgment, ECF No. 57, is **GRANTED**;

5      3.    Plaintiff are **AWARDED** damages in the total amount of $1,150,000.00, divided equally between three minor Plaintiffs and calculated as follows:

        Economic damages:    $150,000.00.

        Non-Economic damages:    $1,000,000.00.

        Punitive damages:    $0.00.

10      4.    The Clerk of the Court is **DIRECTED** to enter judgment and close this file.

13  IT IS SO ORDERED.

15  Dated: September 7, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE